UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Shenzhen Lanxi Technology Co. Ltd., *Plaintiff*, v. Pingjiang Fangao E-commerce Co., Ltd, *Defendant*. | CASE NO. 23-cv-03001 |

## PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE

Plaintiff Shenzhen Lanxi Technology Co. Ltd ("Plaintiff"), seeks entry of an order granting Plaintiff to serve the Defendant Pingjiang Fangao E-commerce Co., Ltd ("Defendant") through email. A Memorandum of Law in Support is filed concurrently with this Motion.

| | |
|---|---|
| Date: May 15, 2023 | /s/ Wei Wang <br> Wei Wang, Esq. <br> GLACIER LAW LLP <br> 200 E. Randolph Dr., Ste. 5100 <br> Chicago, IL 60601 <br> wei.wang@glacier.law <br> 332-777-7315 <br> ***Attorney for Plaintiff*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 15, 2023, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system.

| | |
|---|---|
| Date: May 15, 2023 | /s/ Wei Wang <br> Wei Wang, Esq. <br> GLACIER LAW LLP <br> 200 E. Randolph Dr., Ste. 5100 <br> Chicago, IL 60601 <br> wei.wang@glacier.law <br> 332-777-7315 <br> ***Attorney for Plaintiff*** |