UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Shenzhen Lanxi Technology Co. Ltd., <br><br> *Plaintiff*, <br><br> v. <br><br> Pingjiang Fangao E-commerce Co., Ltd, <br><br> *Defendant*. | CASE NO. 23-cv-03001 |

**DECLATATION OF WEI WANG IN SUPPORT OF PLAINTIFF'S
MOTION FOR ALTERNATIVE SERVICE**

I, Wei Wang, declare and state as follows:

1. I am counsel of record for Plaintiff Shenzhen Lanxi Technology Co. Ltd ("Plaintiff"), in the above captioned action. I submit this Declaration in support of Plaintiff's Motion for Alternative Service on Defendant Pingjiang Fangao E-commerce Co., Ltd ("Defendant") pursuant to Federal Rule of Civil Procedure 4(f)(3). I have personal knowledge of the matters set forth in this declaration.

2. I used the National Enterprise Credit Information Publicity System (An official Chinese government website where can search for all Chinese business information) to search the "Pingjiang Fangao E-commerce Co., Ltd" The system shows that Defendant's registered address is Pengjia Group, Sanhe Village, Wengjiang Town, Pingjiang County, Yueyang City, Hunan Province. A true and correct copy of the search result is attached hereto as Exhibit 1.

3. I used Google's map search services to search the company name "Pengjia Group, Sanhe Village, Wengjiang Town, Pingjiang County, Yueyang City, Hunan Province". No address

1

"Pengjia Group" appears to exist. A true and correct copy of the search result is attached hereto as Exhibit 2.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 15, 2023                                    By /s/ Wei Wang  
                                                                                  Wei Wang