# Exhibit 1

| front page | Enterprise information filling | announcement | Enterprises in key fields | navigation | 18851... |
|---|---|---|---|---|---|

# 国家企业信用信息公示系统
## National Enterprise Credit Information Publicity System

Enterprise Credit Information | List of Abnormal Business Operations | List of Serious Violations and Untrustworthy List

*Please enter the enterprise name, unified social credit code or registration*

## PINGJIANG FANGAO E-COMMERCE CO., LTD

- **Unified social credit code:** 91430626MA4R8XCP3G
- **Registration Number:**
- **Legal representative:** Peng Yan
- **Registration Authority:** Pingjiang County Market Supervision Administration
- **Date of establishment:** April 20, 2020

send report | information sharing | information printing

**basic information** | Administrative license information | Administrative penalty information | Included in the list of abnormal business operations | Information included in the List of the Seriously Violated and Untrustworthy (Blacklist) | official news

### Business license information

- **Unified Social Credit Code:** 91430626MA4R8XCP3G
- **Company Name:** Pingjiang Fangao E-Commerce Co., Ltd.
- **Registration Number:**
- **Legal representative:** Peng Yan
- **type:** Limited liability company (sole proprietorship by natural persons)
- **Date of establishment:** April 20, 2020
- **Registered capital:** 10.0000000000 RMB
- **Approved date:** April 20, 2020
- **Registration authority:** Pingjiang County Market Supervision Administration
- **Registration status:** Survival (in operation, opening, registration)
- **residence:** Pengjia Group, Sanhe Village, Wengjiang Town, Pingjiang County, Yueyang City, Hunan Province
- **Business Scope:** Trade agency; electronic products (excluding radio control equipment and satellite ground receiving facilities), electronic products and accessories, computer software, computer hardware, computer spare parts, textiles and knitwear, cosmetics and sanitary products, clothing, shoes and hats, leather and Leather products, bags, toys, gold and silver jewelry, office supplies, daily necessities, motorcycle spare parts, automobiles and spare parts, hardware tools, hardware products, handicrafts, ceramic products, general mechanical equipment, fitness equipment, communication equipment, accessories Wholesale and retail of electric switch control equipment and metal products. (Projects subject to approval according to law can only be operated after approval by relevant departments)

Reminder: According to the "Regulations on the Administration of Registration of Market Entities" and its implementation rules, and in accordance with the requirements of the "Notice of the General Office of the State Administration for Market Regulation on Adjusting Business License Face-to-face Matters", the National Enterprise Credit Information Publicity System will make corresponding adjustments to the content of business license face-to-face announcements. See https://gkml.samr.gov.cn/nsjg/djzcj/202209/t20220901_349745.html

### Business Period Information

- **Business period from:** April 20, 2020
- **Open until:**

### Shareholders and investment information

| serial number | shareholder name | shareholder type | License/Certificate Type | License/document number |
|---|---|---|---|---|
| 1 | Peng Yan | naturepeopleshareholder | Non-public items | Non-public items |

A total of 1 records were found, a total of 1 pages

front page | previous page | 1 | next page | last page

focus on | subscription | objection | return

### Key Personnel Information

A total of 3 pieces of information



