# Exhibit 1





