UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Shenzhen Lanxi Technology Co. Ltd., *Plaintiff*, v. Pingjiang Fangao E-commerce Co., Ltd, *Defendant*. | **CASE NO.** 23-cv-03001 **Judge**: Honorable Sharon Johnson Coleman **Magistrate Judge**: Honorable Sunil R. Harjani |

## DECLARATION OF WEI WANG

I, Wei Wang, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of New York and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Shenzhen Lanxi Technology Co. Ltd ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and if called as a witness, I could and would competently testify as follows:

2. Plaintiff served the Defendant with the Complaint and the TRO on May 18, 2023. Despite Plaintiff's effort to contact, the Defendant has not responded to Plaintiff's counsel's notification. The Defendant also failed to retract its already filed patent complaints against Plaintiff to Walmart.

3. Since the entry of the Temporary Restraining Order, Plaintiff's counsel contacted Walmart's TRO department to discuss the reinstatement of Plaintiff's listing. However, to the date, Walmart has not reinstated Plaintiff's listing yet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26th day of May, 2023.

/s/ Wei Wang
Wei Wang
**Counsel for Plaintiff**
