**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Shenzhen Lanxi Technology Co. Ltd., *Plaintiff*, v. Pingjiang Fangao E-commerce Co., Ltd, *Defendant*. | **CASE NO.** 23-cv-03001 **Judge**: Honorable Sharon Johnson Coleman **Magistrate Judge**: Honorable Sunil R. Harjani |

**PRELIMINARY INJUNCTION ORDER**

**Sharon Johnson Coleman**, United States District Judge:

Plaintiff Shenzhen Lanxi Technology Co. Ltd ("Plaintiff") filed a Motion for Entry of a Preliminary Injunction against Pingjiang Fangao E-commerce Co., Ltd ("Defendant"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion as follows.

This Court finds Plaintiff has provided notice to Defendants in accordance with the Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendant because Defendant directly target its business activities toward consumers in the United States, including Illinois.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion

and in support of Plaintiff's previously granted Motion for Entry of a TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted. Accordingly, it is

**ORDERED**, that Defendant and its affiliates:

A. Refrain Defendant Pingjiang Fangao E-commerce Co., Ltd from filing or otherwise communicating any allegations of patent infringement (U.S. Patent, No. D935,246) to any third party for the duration of the instant litigation relative to the Shenzhen Lanxi Technology Co. Ltd Makeup Organizer product referenced in the Complaint.

B. Retract its already filed Patent Complaints against the Plaintiff, facilitate the reinstatement of Plaintiff's Makeup Organizer.

**SO ORDERED.**

Dated: May 31, 2023

_____
Sharon Johnson Coleman
United States District Judge